IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. KAUFMAN,

    Plaintiff,

v.

JEFFREY PUGH, CRAIG W. LINDGREN,
SANDRA COOPER, TERRY SHUK,
ISMAEL OZANNE, CAROL GARCEAU,
MARC W. CLEMENTS and
RANDALL HEPP,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-168-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing Randall Hepp from this case; and

(2) granting summary judgment in favor of Jeffrey Pugh, Craig W. Lindgren, Sandra Cooper, Terry Shuk, Ismael Ozanne, Carol Garceau and Marc W. Clements and dismissing this case.

_____       9/14/2012
Peter Oppeneer, Clerk of Court           Date