IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES J. KAUFMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

11-cv-168-bbc

v.

JEFFREY PUGH, CRAIG LINDGREN,
SANDRA COOPER, TERRY SHUK, ISMAEL
OZANNE, CAROL GARCEAU, MARC W.
CLEMENTS and RANDALL HEPP,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jeffrey Pugh, Craig Lindgren, Sandra Cooper, Terry Shuk, Ismael Ozanne, Carol Garceau, Marc W. Clements and Randall Hepp granting their motion for summary judgment and dismissing this case.

| /s/ | 6/23/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |